UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 03-20082-CR-MOORE/O'SULLIVAN

UNITED STATES OF AMERICA,

vs.

SCOTT M. STANISLAW,
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 63101-004

Language: _English_

*FILED by AC D.C. FEB 12 2003 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI*

The above-named Defendant appeared before **Magistrate Judge PETER R. PALERMO.** The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: _(Bond)_

Tel. No: _____

Defense Counsel:  Name : _RICHARD MOORE_
                  Address: _1 N.E. 2nd Ave, Ste 200_
                              _Miami, Fl 33132_

Tel. No: _(305) 373-2336_

Bond Set/Continued: _$50,000 psb_

Dated this _12_ day of _FEBRUARY_, 2003.

CLARENCE MADDOX, CLERK OF COURT

BY _Maedon Clark_
   Deputy Clerk

c:CRD
  U.S. Attorney
  Defense Counsel
  U.S. Pretrial

TAPE NO. 03E- _12_
DIGITAL START NO. _2592_