UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff
#63101-004
v.
Scott M. Stanislaw
Defendant

CASE NO. 03-20082-CR-Moore

REPORT COMMENCING CRIMINAL ACTION

FILED by ___ D.C.
FEB 12 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 2/12/03 9:30 AM Surrender
2. Spoken language: English
3. Offense(s) charged: Mail, Wire Fraud, Money Laundering
4. U.S. Citizen [✓] YES [ ] NO [ ] UNKNOWN
5. Date of birth: 6/28/60
6. Type of charging document: (Check One)
   [✓] INDICTMENT  [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 03-20082 CR-Moore  CASE NO. _____
   DISTRICT: So. FL.  (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [✓] YES [ ] NO
   AMOUNT OF BOND: _____
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 2/12/03
9. Anne Marie Eddy
   ARRESTING OFFICER
10. AGENCY: FBI
11. 305-787-6112
    Cell 954-553-3345