IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION
CASE NO. 03-20082 CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs

SCOTT STANISLAW, *ET.AL.*,

    Defendants.
_____/



FILED by _____ D.C.

MAY 2 ? 2003

CLARENCE MADDOX
CLERK. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DIRECTING THE OFFICE OF PROBATION TO VERIFY DEFENDANTS EMPLOYMENT THROUGH PAY STUBS

This cause came before the court upon defendants motion to verify employment through pay stubs. The court, being advised that the government does not oppose the request, and being otherwise fully advised in the premises, does hereby Order as follows:

The Office of Probation may verify defendants employment through the use of pay stubs and other records, including IRS records.

Done, and ordered, at Miami, Dade County, Florida, this 22nd day of May 2003.

                                 Kevin Michael Moore
                                 District Court Judge

cc Richard A. Moore, Esq.
   David Buckner, Esq., AUSA
   Office of Probation

46